MEYER KLEINMAN, Respondent, v. SIMON TEPFER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present— Scott, Laughlin, Dowling, Smith and Davis, JJ.

HARRY SALVIN, Appellant, v. MYLES REALTY COMPANY and Others, Respondents.—Judgment affirmed, with costs. No opinion. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.; Scott and Dowling, JJ., dissented.

JOHNSTON HEATING COMPANY, Appellant, v. JOHN LOWRY, JR., Respondent.— Order reversed, with costs, and verdict reinstated. No opinion. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.

LOUIS CORVI, as Administrator, etc., Respondent, v. J. M. HORTON ICE CREAM COMPANY, Appellant.—Judgment and order affirmed, with costs. No opinion. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.

GEORGE MOORE, an Infant, by MARGARET MOORE, His Guardian ad Litem, Respondent, v. JOHN H. TENNANT, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.

GEORGE EVERSMANN, an Infant, etc., v. THE NEW YORK CENTRAL RAILROAD COMPANY, Impleaded, etc.— Motion to dismiss appeal granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

In the Matter of SOL. L. YOUNGENTOB, an Attorney.— Reference ordered to Hon. Henry A. Gildersleeve, official referee. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

ROCCO LASCALZO, as Administrator, etc., Respondent, v. PALISADE REALTY AND AMUSEMENT COMPANY, Appellant, Impleaded with Others. — Order modified as stated in order, and as modified affirmed, with ten dollars costs and disbursements to respondents. No opinion. Present— Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK M. BOGERT, Appellant, v. HENRY R. M. COOK, as Auditor of the BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

HARRY A. HARRIS and Another, Copartners, etc., Appellants, v. HUGH SHERIDAN, Doing Business under the Firm Name of SHERIDAN WOOLEN MILLS, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

JOSEPH S. LESSER, Appellant, v. INTERNATIONAL TRUST COMPANY and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.